# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D23-1944
LT Case Nos. 2019-CF-043645-A
2019-CF-049429-A
2020-CF-014580-A
2020-CF-014587-A
2020-CF-014596-A

————————————————

VINCE ALLEN WHITE

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

————————————————

On appeal from the Circuit Court for Brevard County.
Samuel Bookhardt, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant
Public Defender, Office of the Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Assistant Attorney General, Office of the Attorney
General, Daytona Beach, for Appellee.

November 9, 2023

PER CURIAM.

Affirmed. Remanded for correction of scrivener's errors in the judgment and sentence in Case No. 2020-CF-014596. *See Martin v. State*, 320 So. 3d 354, 355 (Fla. 1st DCA 2021) (remanding for correction of scrivener's errors in the judgment and for the written sentence to match the oral pronouncement); *Rosen v. State*, 272 So. 3d 875, 875 (Fla. 5th DCA 2019) (remanding with directions that scrivener's error be corrected so that the judgment accurately reflects the underlying offense).

AFFIRMED; REMANDED, with instructions.

EDWARDS, C.J., LAMBERT, and JAY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————